IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02814-GPG

DAVID A. JACKSON,

    Plaintiff,

v.

MR. OFFICER EMRICK,
MR. SGT. OFFICER DALRYMPLE,
SHERIFF JON STIVERS,
MUNICIPALITY OF WASHINGTON COUNTY, and
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, David A. Jackson, is a prisoner in the custody of the Colorado Department of Corrections.  Mr. Jackson initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983.  On December 29, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Jackson to cure certain deficiencies if he wished to pursue his claims.  Most importantly, Magistrate Judge Gallagher ordered Mr. Jackson to submit a Prisoner Complaint on the proper Court-approved form, as well as a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $400.00 filing fee.  Mr. Jackson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Jackson has failed to cure the deficiencies within the time allowed, and he

has failed to respond to Magistrate Judge Gallagher's December 29 Order in any way. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.  Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Jackson files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Jackson failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   4th   day of   February  , 2016.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court